Kaitlin S. DiMaggio (No. 036178)
David W. Mize (No. 030409)
**DiMaggio Law Office, PLLC**
10611 N Hayden Rd. Suite D106,
Scottsdale, AZ 85260
Tel: 480-999-0094
Kaitlin@dimaggiolawaz.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Carela, | Case No. 2:25-cv-00976-CDB |
| Plaintiff, | **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Serafina Coffee Roasters LLC, an Arizona limited liability company, and Damian Serafine and Julia C. Serafine, a married couple, | |
| Defendants. | |

For its Answer against Brian Carela ("Plaintiff"), Defendants Serafina Coffee Rosters, LLC, an Arizona limited liability company, and Damian Serafine and Julia C. Serafine, a married couple (Collectively "Defendant") responds as follows:

**PRELIMINARY STATEMENT**

1.    Defendant does not have sufficient evidence to respond to paragraph 1 and thus denies the same.

2.    Insofar as paragraph 2 directly quotes the FLSA, Defendant admits the language is correct. Defendant denies any conclusions of fact or law beyond the transcribing of the FLSA language.

3.    Deny.

4.    Deny.

5.    This paragraph does not require a response.

**JURISDICTION AND VENUE**

6.    Admit.

7.    Defendant admits venue is proper but Defendant denies any and all wrongful conduct alleged in Plaintiff's complaint.

**PARTIES**

8.    Defendant does not have sufficient evidence to respond to paragraph 8, and thus denies the same.

9.    Admit.

10.    Admit.

11.    Admit and Deny in part. Serafina Coffee Roasters is an LLC, but Defendants deny that Plaintiff was formally employed with Serafina Coffee Roasters.

12.    Deny. Defendants have no knowledge as to who Michael Quattrocchi and Vilma Quattrocchi are and have no relationship whatsoever to QXL Security.

13.    Admit and Deny in part. Serafina Coffee Roasters is an LLC, but Defendants deny that Plaintiff was formally employed with Serafina Coffee Roasters.

14.    Defendant is unaware of the Parties mentioned in paragraph 14 and thus denies the same.

15.    Deny. Defendants have no knowledge as to who Lisa Miller or John Doe Miller and do not have any relation whatsoever to these unlisted defendants, nor QXL Security.

16.    This paragraph does not require a response.

17.    Deny.

18.    Deny.

19.    Deny.

20.    Deny.

21.    Deny.

DiMAGGIO LAW OFFICE, PLLC
11201 N Tatum Blvd., Suite 300
Phoenix, AZ 85028

2

22.    Deny.

23.    Deny.

24.    Deny.

25.    Deny.

26.    Deny.

27.    Deny.

28.    Deny.

29.    Deny.

## FACTUAL ALLEGATIONS

30.    Admit.

31.    Deny. First and foremost, Mr. Carela was never formally employed by Serafina Coffee Roasters. While he interviewed in early August 2024, he was not selected for a position at the location where he applied. While it was suggested that there might be availability at a different location, no offer for employment was made (in writing or otherwise) and no onboarding or payroll registration occurred.

32.    Deny. Compensation was never discussed as Plaintiff was never offered a position.

33.    Deny.

34.    Deny.

35.    Deny. Plaintiff continuously showed up to Serafina Coffee Roasters uninvited and unannounced. Plaintiff never completed any meaningful tasks, and was never added to the payroll.

36.    Deny. As Plaintiff was never an employee, Plaintiff was never entitled to compensation.

37.    Deny.

38.    Admit and Deny in part. Serafina Coffee Roasters' downtown location did cease operations but Plaintiff was never placed on a formal work schedule.

DiMAGGIO LAW OFFICE, PLLC
11201 N Tatum Blvd., Suite 300
Phoenix, AZ 85028

3

39.     Deny. Notably, Plaintiff lists a member "Brianna Serafine" in this paragraph. Brianna is the store manager, not Defendant's wife.

40.     Deny.

41.     Deny.

42.     Deny.

43.     Deny.

44.     Deny.

45.     Deny.

46.     Deny.

47.     Deny.

48.     Deny.

49.     Deny.

50.     Deny.

51.     Deny.

**COUNT ONE – FAIR LABOR STANDARDS ACT**
**FAILURE TO PAY MINIMUM WAGE**

52.     This paragraph does not require response.

53.     Deny.

54.     Deny.

55.     Deny.

**COUNT TWO – ARIZONA MINIMUM WAGE ACT**
**FAILURE TO PAY MINIMUM WAGE**

56.     This paragraph does not require response.

57.     Deny.

58.     Deny.

DiMaggio Law Office, PLLC
11201 N Tatum Blvd., Suite 300
Phoenix, AZ 85028

4

59. Deny.

60. Defendants deny any other allegation or claim in Plaintiff's Complaint not expressly admitted, denied or otherwise addressed above.

## **AFFIRMATIVE DEFENSES**

61. Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)) - Plaintiff has failed to allege facts sufficient to state a claim for relief under the Fair Labor Standards Act (FLSA), Arizona Minimum Wage Act (AMWA), or the Arizona Wage Act (AWA).

62. No Employment Relationship - At no time was Plaintiff employed by Defendants within the meaning of applicable federal or state labor laws. Plaintiff was not hired, not placed on payroll, and was compensated for the minimal work he completed for Defendants. As such, Plaintiff cannot establish the existence of an employment relationship as required to invoke the protections of the FLSA, AMWA, or AWA.

63. Lack of Standing - Plaintiff lacks standing to assert claims under federal or state wage statutes because no employer-employee relationship ever existed between Plaintiff and Defendants.

64. De Minimis Doctrine - Even if Plaintiff alleges limited, unauthorized presence at Defendants' premises, such time—if any—was brief, irregular, and non-compensable under the de minimis doctrine.

65. Voluntary Conduct / No Work Performed **-** Plaintiff voluntarily appeared at Defendants' business premises without being scheduled or authorized to work. Plaintiff did not perform any actual labor for Defendants and therefore is not entitled to compensation.

66. Good Faith Payment - Defendant Damian Serafine, in a personal capacity, made a one-time good faith payment to Plaintiff for his presence on a single day. This gesture was not an acknowledgment of employment but was made to avoid confrontation. No further payment obligation exists.

**DiMAGGIO LAW OFFICE, PLLC**
11201 N Tatum Blvd., Suite 300
Phoenix, AZ 85028

5

DiMaggio Law Office, PLLC
11201 N Tatum Blvd., Suite 300
Phoenix, AZ 85028

67.    Equitable Estoppel - Plaintiff is estopped from asserting claims due to his own misrepresentations and conduct. Plaintiff misled Defendants and their staff by appearing at a location where he was not scheduled or hired, creating the false impression of employment.

68.    Unclean Hands - Plaintiff acted inequitably and in bad faith by continuing to appear uninvited, inserting himself into a workplace without authorization, and later asserting false wage claims. His claims are barred by the doctrine of unclean hands.

69.    Failure to Mitigate Damages - To the extent Plaintiff alleges any harm, he failed to take - reasonable steps to avoid or mitigate such harm.

70.    Frivolous and Bad Faith Action - Plaintiff's claims are objectively frivolous and filed in bad faith. Defendants reserve the right to seek attorneys' fees, costs, and sanctions under Rule 11 of the Federal Rules of Civil Procedure and any applicable statutory or equitable authority.

71.    Defendants reserve the right to add additional affirmative defenses as the case progresses.

## AFFIRMATIVE DEFENSES

**WHEREFORE,** Defendants respectfully requests the Court enter orders as follows:

A.    The Court dismiss Plaintiff's Complaint in its entirety, with Plaintiff taking nothing thereby;

B.    Judgment in favor of Defendant for its Costs and reasonable attorney's fees incurred herein, pursuant to A.R.S. § 12-341.01 and § 12-341; 28 U.S.C. § 1927; 28 U.S.C, § 2412.

C.    Grant such other and further relief as the Court deems just and proper under the circumstances.

Dated this 17th day of April, 2025.

**DiMaggio Law Office, PLLC**

By: ___/s/ Kaitlin S. DiMaggio___
Kaitlin S. DiMaggio
*Attorney for Defendants*

6

DiMAGGIO LAW OFFICE, PLLC
11201 N Tatum Blvd., Suite 300
Phoenix, AZ 85028

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically transmitted the attached document to attorney for the Plaintiff using the CM/ECF system for filing with copies submitted electronically to the following recipients:

BENDAU & BENDAU PLLC
Clifford P. Bendau, II
Christopher J. Bendau
P.O. Box 97066
Phoenix, AZ 85060
Direct: (480) 382-5176
cliffordbendau@bendaulaw.com
chris@bendaulaw.com
*Attorneys for Plaintiff*

DATED this 17th day of April, 2025.

**DiMAGGIO LAW OFFICE, PLLC**

By:    */s/ Kaitlin S. DiMaggio*
Kaitlin S. DiMaggio
10611 N Hayden Rd. Suite D106
Scottsdale, AZ 85260
*Attorney for Defendants*